UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  CAMBRIDGE COMMERCIAL    :
       REALTY, LLC,    :    Case No. 11-21149REF
          Debtor-in-Possession    :    Chapter 11

## ORDER ANNULLING AUTOMATIC STAY

AND NOW, this 1st day of July, 2011, upon the motion of Lafayette Ambassador Bank ("LAB") for relief from the automatic stay of Section 362 of the Bankruptcy Code, including both (1) annulling the stay retroactively to the sheriff sale of Debtor's property on April 29, 2011, and (2) terminating the stay to allow LAB to proceed with its state law remedies with respect to Debtor's real property in the future, and upon my bench order at the June 16, 2011 hearing on the motion, in which bench order I granted LAB's motion for prospective relief from the stay, and upon the Statement filed on this date supporting this Order and setting forth my findings of fact, conclusions of law, and discussion,

IT IS HEREBY ORDERED that LAB's motion to annul the automatic stay is GRANTED and the automatic stay is HEREBY ANNULLED retroactively to and including the sheriff sale on April 29, 2011.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge